**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**YAZAN MUSA JAMHOUR,**

    Plaintiff,                         **Case No. 2:14-cv-2019
JUDGE GREGORY L. FROST**
v.                                    **Magistrate Terence P. Kemp**

**LEON RODRIGUEZ, et al.,**

    Defendants.

## **ORDER**

This matter is before the Court for consideration of Plaintiff's failure to perfect service. On October 21, 2014, Plaintiff filed a complaint for naturalization. Plaintiff has not filed any proof of service being made upon Defendants. As such, on April 7, 2015, the Magistrate Judge assigned to this case cited Federal Rule of Civil Procedure 4(m) and ordered Plaintiff to "show good cause within fourteen days of the date of this Order why this action should not be dismissed and why an extension of time to effect service should be allowed." (ECF No. 8, at PAGEID # 40.) Plaintiff did not respond to the Magistrate Judge's order.

The fourteen-day window has come and gone. Plaintiff was required to perfect service and file proof of the same, but he failed to do so. In fact, Plaintiff has not taken any action in this case since February 4, 2015.

Dismissal of this case pursuant to Rule 4(m) is proper. The Court therefore **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint. The Clerk is **DIRECTED** to remove this case

from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                              **/s/ Gregory L. Frost**
                                              **GREGORY L. FROST**
                                              **UNITED STATES DISTRICT JUDGE**